03-14-00530-CR

RECEIVED
MAY 2 6 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

GRAHAM JAY SONNENBERG

IN THE COURT OF APPEALS

VS.

THIRD DISTRICT

STATE OF TEXAS

SITTING IN AUSTIN, TEXAS

## MOTION FOR PRO SE ACCESS TO THE APPELLATE RECORD

This motion is brought by Graham Sonnenberg, Appellant in the above styled and numbered cause. I have received from my court appointed counsel on appeal, Mr. Don Morehart, his Motion to Withdraw and his Anders Brief.

I do desire to review the appellate records from the trial court so that I may consider filing and pro se Appellant's Brief. I am indigent and I am not able to pay for a copy of the Appellate Records in this case.

THEREFORE, I hereby request that the Clerk of the Court of Appeals provide me with a full and correct copy of the Appellate Records, or that the Court of Appeals Order the trial court to provide me full and correct copy of the Appellate Records in this case.

I am mailing this request within ten days of receiving notice of my right to request a copy of the Appellate Records in this matter. I am mailing this request to Jeffrey D. Kyle, Clerk or the Third Court of Appeals, Post Office Box 12547, Austin, Texas 78711.

FILED
May 26, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Respectfully Submitted,

Appellant: _____

TDCJ # 01950692

Mailing Address

Graham Sonnenberg 01950652
Daniel
938 South FM 1673
Snyder Texas 79549

ABILENE TX 795
22 MAY 2015 PM 1 T

Jeffrey D. Kyle
Clerk of the Third Court of Appeals
Post Office Box 12547
Austin, Tx Texas 78711

78711+2547